UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Aria W.,[1]

Plaintiff,

vs.

Andrew Saul,
Commissioner of Social Security,

Defendant.

Civil No. 19-2741 (PJS/LIB)

ORDER ADOPTING
REPORT AND RECOMMENDATION

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS ORDERED**:

1. Plaintiff's Motion for Summary Judgment, [Docket No. 14], is **DENIED**; and

2. Defendant's Motion for Summary Judgment, [Docket No. 21], is **GRANTED**.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: 2/12/21
At Minneapolis, Minnesota

s/Patrick J. Schiltz
Patrick J. Schiltz, Judge
United States District Court

---

[1] This District has adopted the policy of using only the first name and last initial of any nongovernmental parties in Social Security opinions such as the present Order. Accordingly, where the Court refers to Plaintiff by her name only her first name and last initial are provided.